IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01592-RPM-MEH

SANDRA MUCHA,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 1, 2011.**

    Defendant's Unopposed Motion to Amend Court's August 25, 2011 Minute Order [filed August 31, 2011; docket #18] is **granted**.  The parties shall file dismissal papers with the Court on or before September 30, 2011.